# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Civil Action No. 21-cv-01659-RM-NYW

RONALD FISCHER, and
KATHY FISCHER,

    Plaintiffs,

v.

AUTO-OWNERS INSURANCE COMPANY,

    Defendant.

_____

## ORDER TO SHOW CAUSE
_____

    This matter is before the Court *sua sponte*. Plaintiffs filed this insurance contract dispute alleging subject matter jurisdiction based on diversity of citizenship under 28 U.S.C. § 1332. To support diversity jurisdiction, Plaintiffs allege they "are citizens of Colorado for purposes of diversity jurisdiction under 28 U.S.C. § 1332" and Defendant "is an insurance company organized and existing under the laws of the State of Michigan, with a local registered agent address on file with the Colorado Secretary of State." (ECF No. 1, ¶¶ 1, 2.) Such allegations, however, do not plausibly allege that diversity jurisdiction exists.

    First, Plaintiffs' allegation that they are "citizens of Colorado" is conclusory, containing no factual allegations to support such conclusion. Second, a corporation is "deemed to be a citizen of every State and foreign state by which it has been incorporated *and* of the State or foreign state where it has its principal place of business." 28 U.S.C. § 1332(c)(1) (emphasis added). Plaintiffs, however, fail to allege where Defendant has its principal place of business. Accordingly, on this record, diversity jurisdiction has not been shown. It is therefore

**ORDERED** that on or before Friday, **June 25, 2021**, Plaintiffs shall **SHOW CAUSE** why this action should not be dismissed without prejudice for lack of subject matter jurisdiction.

DATED this 21st day of June, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge